UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN MANNON,

              Plaintiff,

v.

US DEPARTMENT OF
VETERANS AFFAIRS, *et al.*,

              Defendants.

Case No. 24-cv-11635
Honorable Mark A. Goldsmith
Magistrate Judge Elizabeth A. Stafford

**ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR INJUNCTION (ECF NO. 23)**

Plaintiff Steven Mannon, proceeding *pro se*, moves for injunctive relief to prevent the government's alleged spoliation of records. ECF No. 23. Although styled as a motion for preliminary injunction, it is more appropriately considered a motion for spoliation sanctions under the Court's inherent authority or under Federal Rule of Civil Procedure 37(e).[1]

---

[1] Mannon does not request dispositive sanctions but rather an order enjoining the government from destroying more records. Thus, the Court may address this motion by way of an order.

The Court entered a report and recommendation to grant the government's motion to dismiss the case. Given that determination, the Court **DENIES** Mannon's motion for injunctive relief as moot.

s/Elizabeth A. Stafford<br>
ELIZABETH A. STAFFORD<br>
United States Magistrate Judge

Dated: December 15, 2025

### NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge. Fed. R. Civ. P. 72(a). The district judge may sustain an objection only if the order is clearly erroneous or contrary to law. 28 U.S.C. § 636. **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."** E.D. Mich. LR 72.2.

### CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 15, 2025.

s/Davon Allen<br>
DAVON ALLEN

Case Manager